UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

KRISTIAN CRUZ,

                Defendant.

18-CR-249 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    For the reasons stated on the record at today's conference, the Court appoints Harvey Fishbein, Esq. to represent the defendant in this case, *nunc pro tunc* to December 15, 2023. The Court orders that a status letter in this case be filed no later than **February 5, 2024**.

    SO ORDERED.

                                        *Paul A. Engelmayer*
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: January 4, 2024
         New York, New York