UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

KRISTIAN CRUZ,

                Defendant.

18-CR-249 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    For the reasons stated on the record at today's conference, it is hereby ordered that the defendant must participate in and successfully complete an outpatient mental health treatment program approved by the United States Probation Office with a focus on Cognitive Behavioral Therapy and anger management. The defendant must continue to take any prescribed medications unless otherwise instructed by the health care provider. The defendant must contribute to the cost of services rendered based on his ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports to the health care provider.

    SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: January 4, 2024
       New York, New York