UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KRISTIAN CRUZ,

                Defendant.

**CONDITIONS OF SUPERVISED RELEASE**

18 Cr. 249 (PAE)

In addition to all pre-existing terms of your supervised release, you shall abide by the following conditions:

1. Within three business days, you will surrender to your probation officer any active United States passport or travel documents in your possession, and you will not apply for or obtain any new passports or travel documents.

2. You will not have any contact – direct or indirect, including through third parties – with the complainant referenced in the two Violation of Supervised Release specifications to which you pleaded guilty on November 21, 2024, nor will you have any contact with the complainant's mother. "Contact" includes, but is not limited to, in-person interactions and communication by mail, telephone, e-mail, voice-mail, text messaging, or other electronic or mobile means, including mobile applications such as WhatsApp, Instagram, Signal, Telegram, and Facebook.

SO ORDERED:

Dated: New York, New York
       November 21, 2024

*Paul A. Engelmayer*
THE HONORABLE PAUL. A. ENGELMAYER
UNITED STATES DISTRICT JUDGE